## Commonwealth ex rel. Robertson, Appellant, *v.* Myers.

Argued March 18, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*James Robertson,* appellant, in propria persona.

*Richard M. Rosenbleeth* and *Juanita Kidd Stout,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, April 16, 1959:

The order of the court below dismissing relator's petition for writ of habeas corpus is affirmed on the opinion of Judge REIMEL of the Court of Common Pleas No. 5 of the County of Philadelphia, as reported in 16 Pa. D. & C. 2d 452.